**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **GEORGE LEON WILLIAMS, JR.** ) <br>     **ID # 1745723,** ) <br>         Petitioner, ) <br> vs. ) <br> ) <br> **LORIE DAVIS, Director,** ) <br> **Texas Department of Criminal** ) <br> **Justice, Correctional Institutions Division,** ) <br>         Respondent. ) | No. 3:16-CV-1923-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, petitioner's application for default judgment, received on December 12, 2016, is denied.

**SO ORDERED**.

December 29, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE